

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jackie Webster Dennis, Appellant

No. 06-22-00069-CR      v.

The State of Texas, Appellee

Appeal from the 4th District Court of Rusk County, Texas (Tr. Ct. No. CR19-337). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment (1) to reflect that the proper statute of offense is Section 22.01(b-3) and (2) by deleting the $450.00 assessment for court-appointed attorney fees. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jackie Webster Dennis, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 31, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk